1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE SANCHEZ dba LA TAKERIA, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-00982-LJO-SKO<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

　　　WHEREAS, a Mandatory Scheduling Conference in this action is currently set for October 13, 2016, pursuant to the Court's Order dated July 8, 2016 (Dkt. 3);

　　　WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Jose Sanchez dba La Takeria, and Eleanor Kikuyo Yuyama, Trustee of the Masaji Mark Yuyama and Eleanor Kikuyo Yuyama Revocable Living Trust Agreement dated August 29, 2000 ("Defendants," and together with Plaintiff, "the Parties"), are engaging in settlement discussions and wish to exhaust such efforts before incurring the fees and costs associated with the Scheduling Conference, and to conserve Court resources;

//

//

1     NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel,
2 stipulate to a continuance of the Mandatory Scheduling Conference currently set for October
3 13, 2016 to a date at the Court's convenience after December 13, 2016.

4

5 Dated: October 4, 2016                    MOORE LAW FIRM, P.C.

6

7                                            */s/ Tanya E. Moore*
                                             Tanya E. Moore
8                                            Attorney for Plaintiff,
                                             Jose Acosta
9

10

11
  Dated: October 4, 2016                    OVERSTREET & ASSOCIATES
12

13                                          */s/ Rachelle Taylor Golden*
                                            Rachelle Taylor Golden
14                                          Attorneys for Defendants,
15                                          Jose Sanchez dba La Takeria, and Eleanor Kikuyo
                                            Yuyama, Trustee of the Masaji Mark Yuyama and
16                                          Eleanor Kikuyo Yuyama Revocable Living Trust
                                            Agreement dated August 29, 2000
17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Based on the parties' above-stipulation, IT IS ORDERED that the Scheduling Conference currently set for October 13, 2016, in this matter is CONTINUED to January 5, 2017, at 9:30 am in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties shall file their joint scheduling report by no later than December 29, 2016.

IT IS SO ORDERED.

Dated:     **October 5, 2016**                             /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE